IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND INTERIM LIAISON COUNSEL**<br><br>**(MDL Pretrial Order No. 2)**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Plaintiffs' Motion for Appointment of Interim Class Counsel and Interim Liaison Counsel.[1] Plaintiffs seek appointment of Seeger Weiss LLP, Kitner Woodward PLLC, and Chimicles Schwartz Kriner & Donaldson-Smith LLP as Interim Class Counsel.[2] Additionally, Plaintiffs seek appointment of Magleby Cataxinos & Greenwood, PC as interim liaison counsel.

Having reviewed Plaintiffs' Motion, the concurrently filed Declaration of Christopher Seeger in Support of Plaintiffs' Motion,[3] and exhibits accompanying the Declaration,[4] the court concludes the factors set forth in Federal Rule of Civil Procedure 23(g) support Plaintiffs' proposal and GRANTS Plaintiffs' Motion.

To effectuate their responsibilities to the proposed Class and of their appointment, the

---

[1] *See* ECF 54, *Plaintiffs' Motion for Appointment of Interim Class Counsel and Interim Liaison Counsel*.

[2] *Id.* at 1–2.

[3] *See* ECF 55, *Declaration of Christopher Seeger in Support of Plaintiffs' Motion for Appointment of Interim Class Counsel and Interim Liaison Counsel*.

[4] *See* ECF 55-1, *Exhibit A: C. Seeger CV*; ECF 55-2, *Exhibit B: Kitner Woodward Info*; ECF 55-3, *Exhibit C: Chimicles Schwartz Info*; ECF 55-4, *Exhibit D: J. Magleby Info*.

court ORDERS that Interim Class Counsel shall have the exclusive authority to do the following:

    a.    determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties, the position of the Plaintiffs on all matters arising during pretrial proceedings;

    b.    coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class consistent with the requirements of the Federal Rules;

    c.    convene meetings among Plaintiffs' counsel;

    d.    conduct settlement negotiations on behalf of Plaintiffs and the putative Class;

    e.    delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs and the putative Class is conducted efficiently and effectively;

    f.    negotiate and enter into stipulations with opposing counsel as necessary for the conduct of the litigation, and to promote the efficient advancement of this litigation;

    g.    monitor the activities of all counsel to ensure that schedules are met, and that unnecessary expenditures of time and funds are avoided;

    h.    perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court;

    i.    serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

    j.    ensure that all notices, orders, and material communications are properly distributed to all parties (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system) (along with Interim Liaison Counsel);

    k.    communicate with defense counsel as necessary to promote the efficient advancement of this litigation (along with Interim Liaison Counsel);

    l.  make available to other Plaintiffs' counsel documents produced by the defendant; and

    m.  possess the sole authority to form an Executive Committee of other interested counsel as they deem appropriate.

  This Order shall apply to all actions subsequently filed in or transferred to this Multidistrict Litigation pending in the United States District Court for the District of Utah.

  DATED this 31st day of May 2024.

                BY THE COURT:

                _____
                ROBERT J. SHELBY
                United States Chief District Judge