IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION**<br><br>*This document relates to all actions.* | **ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is Defendants' Unopposed Motion to Exceed Page Limitation in Forthcoming Motion to Strike Class Allegations.[1]  Having considered the Motion, and for good cause appearing, the court GRANTS the Motion.  Defendants' motion to strike the class allegations contained in Plaintiffs' Consolidated Class Action Complaint may not exceed twenty-five (25) pages.

DATED this 9th day of September 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 75.