UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF LAEL D. WEINBERGER (DOC. NO. 88)**<br><br>Case No. 2:24-md-03102<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Local counsel Steven M. Edmonds has filed a motion for pro hac vice admission of Lael D. Weinberger as counsel for Amicus Curiae The J. Reuben Clark Law Society.[1] Based on the motion and application, Mr. Weinberger meets the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice. Therefore, the motion is GRANTED.

DATED this 24th day of September, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 88.)