Jason R. Burt (Utah State Bar No. 11200)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jason.burt@lw.com

*Counsel for Defendants The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc.*

James E. Magleby (Utah Bar No. 7247)
Yevgen Kovalov (Utah Bar No. 16297)
MAGLEBY CATAXINOS, PC
141 West Pierpont Avenue
Salt Lake City, Utah  84101-3605
Telephone: (801) 359-9000
Email: magleby@mcg.law
             kovalov@mcg.law

*Interim Liaison Counsel*

*Additional counsel listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS**<br><br>Case No. 2:24-md-03102-RJS-DAO<br>Chief Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc. (collectively "Defendants"), along with Plaintiffs Daniel Chappell, Masen Christensen, John Oaks, Mark Wilson, Joel Long, Brandall Brawner, Kevin Risdon, Gene Judson, and Michelle Judson (collectively "Plaintiffs," and together with Defendants, the "Parties"), hereby jointly submit this stipulated motion to extend the time to file a proposed ESI protocol and protective order.

The Court's September 25, 2024 Order directs the Parties to file no later than October 28, 2024 a stipulated proposed ESI protocol and protective order, or if they cannot agree, separate proposed ESI protocols and protective orders.  *See* Order (MDL Dkt. 97) at 1.  The Parties request an additional extension of that deadline, with a new deadline of December 6, 2024.  Good cause

1

exists for the extension, including that the Parties have continued to engage in productive negotiations regarding each, exchanged drafts and comments, and conducted multiple conferences regarding the same. The Parties believe, however, that the additional time may allow them to resolve certain areas of disagreement without the need to bring the matters before the Court. Given that discovery is currently stayed, *see* Order (MDL Dkt. 105), an additional extension of the deadline will not have an impact on the case.

Date: October 24, 2024                             Respectfully submitted,

/s/ Jason R. Burt
Jason R. Burt (Utah State Bar No. 11200)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jason.burt@lw.com

David J. Jordan (Utah State Bar No. 1751)
Wesley F. Harward (Utah State Bar No. 15623)
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: (801) 401-8900
Email:   djordan@foley.com
         wharward@foley.com

Randy T. Austin (Utah State Bar No. 6171)
Wade L. Woodard (Utah State Bar No. 18155)
Justin W. Starr (Utah State Bar No. 10708)
KIRTON MCCONKIE PC
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Email:   raustin@kmclaw.com
         wwoodard@kmclaw.com
         jstarr@kmclaw.com

                                                    Mark S. Mester (*pro hac vice*)
                                                    LATHAM & WATKINS LLP
                                                    330 North Wabash Avenue, Suite 2800
                                                    Chicago, Illinois 60611
                                                    Telephone:  (312) 876-7700
                                                    Email:  mark.mester@lw.com

                                                    *Counsel for Defendants The Church of Jesus Christ*
                                                    *of Latter-day Saints and Ensign Peak Advisors, Inc*

Date:  October 24, 2024

                                                   */s/  James E. Magleby* (with permission)
                                                   James E. Magleby (Utah Bar No. 7247)
                                                   Yevgen Kovalov (Utah Bar No. 16297)
                                                   MAGLEBY CATAXINOS & GREENWOOD, PC
                                                   141 W. Pierpont Avenue
                                                   Salt Lake City, Utah  84101-3605
                                                   Telephone: (801) 359-9000
                                                   Email:   magleby@mcg.law
                                                                kovalov@mcg.law

                                                   Christopher A. Seeger (*pro hac vice*)
                                                   SEEGER WEISS LLP
                                                   55 Challenger Road, 6th Floor
                                                   Ridgefield Park, New Jersey  07660
                                                   Telephone: (973) 639-9100
                                                   Email:  cseeger@seegerweiss.com

                                                   Scott A. George (*pro hac vice*)
                                                   Frazar W. Thomas (*pro hac vice*)
                                                   SEEGER WEISS LLP
                                                   325 Chestnut Street, Suite 917
                                                   Philadelphia, Pennsylvania  19106
                                                   Telephone: (215) 564-2300
                                                   Email:   sgeorge@seegerweiss.com
                                                                fthomas@seegerweiss.com

                                                   Scott A. Kitner (*pro hac vice*)
                                                   Martin D. Woodward (*pro hac vice*)
                                                   KITNER WOODWARD PLLC
                                                   13101 Preston Road, Suite 110
                                                   Dallas, Texas  75240
                                                   Telephone: (214) 443-4300
                                                   Email:   scott@kitnerwoodward.com
                                                                martin@kitnerwoodward.com

        Steven A. Schwartz (*pro hac vice*)
        Beena M. McDonald *(pro hac vice)*
        Marissa N. Pembroke (*pro hac vice*
        CHIMICLES SCHWARTZ KRINER &
        DONALDSON-SMITH LLP
        361 West Lancaster Avenue
        Haverford, Pennsylvania  19041
        Telephone:  (610) 642-8500
        Email:  steveschwartz@chimicles.com
                bmm@chimicles.com
                marissapembroke@chimicles.com

*Interim Liaison Counsel and Interim Class Counsel.*

**CERTIFICATE OF SERVICE**

On this 24th day of October, 2024, I hereby certify that I electronically filed the foregoing JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all the parties.

                                                                              */s/ Jason R. Burt*