IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND TIME TO FILE PROPOSED ESI PROTOCOLS AND PROTECTIVE ORDERS**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is the Parties' Joint Stipulated Motion to Extend Time to File Proposed ESI Protocols and Protective Orders.[1]  Based on the parties' stipulation and for good cause appearing, the court GRANTS the Motion.  The parties shall file a stipulated proposed ESI protocol and protective order, or if they cannot agree, individual proposed ESI protocols and protective orders, no later than December 6, 2024.

SO ORDERED this 24th day of October 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 115.